■ FERNANDO VAZQUEZ, Respondent, v MAIN STREET, USA REAL ESTATE GROUP A, LLC, Appellant. [921 NYS2d 583]—Appeal from an order of the Supreme Court, Oswego County (James W. McCarthy, J.), entered March 11, 2010 in a personal injury action. The order, among other things, granted plaintiff's cross motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed with costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Fahey, Carni, Sconiers and Martoche, JJ.